

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2007          **SO ORDERED**

By Facsimile

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

GEORGE B. DANIELS

JUN 2 5 2007

Counsel on Attached List

      Re:    United States v. David Wilkins, et al.,
             07 Cr. 566 (GBD)

Dear Judge Daniels and Counsel:

         The Indictment in the above-referenced case was returned by the Grand Jury and
assigned to Your Honor yesterday. The Court has scheduled an arraignment for Horace
Hedgepeth for Wednesday, June 27, 2007, at 10:00 a.m. I have left messages with all other
counsel in an effort to schedule their arraignments at the same time, and will advise the Court in
advance of next Wednesday as to which defendants will be appearing for arraignment in addition
to Hedgepeth.

         The Government requests an exclusion of time under the Speedy Trial Act, from
today until June 27, 2007, so that the defense and the Government can work towards a
disposition in this case. In addition, the Government will begin producing discovery. I have
spoken to counsel for Hedgepeth concerning this request, and he does not object. The ends of
justice served by such a continuance outweigh the best interests of the public and the defendant
in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                         By:    _____
                                        Jillian Berman/Joseph Facciponto
                                        Assistant United States Attorneys
                                        (212) 637-2197/2522

cc:    All Counsel on Attached List