LAW OFFICES OF
**GARY G. BECKER, L.L.C.**
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 961-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2008
```

March 4, 2008

**BY FACSIMILE**

Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*[signature]*
**HON. GEORGE B. DANIELS**
MAR 0 5 2008

Re: *United States v. David Wilkins, et al.*
  07 Cr. 566 (GBD)

Dear Judge Daniels:

This letter is respectfully submitted on behalf of defendant Keith Clark in anticipation of the next conference in this matter, scheduled for March 6, 2008. Specifically, although I have not filed pre-trial motions in this matter up until now, I respectfully request the opportunity to do so should we be unable to reach a disposition in the case short of trial. I apologize for not making this request prior to the previously imposed filing date for motions but owing to an on-going, extremely serious family medical matter I have been out of the office for extended periods over the past several weeks and failed to write to the Court sooner.

I thank the Court for its consideration.

Respectfully submitted,

*[signature]*
Gary G. Becker

cc: Avi Weitzman, AUSA