UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 566 (GBD) |
| -against- | : | **NOTICE OF MOTION** |
| KEITH CLARK, *ET AL.* | : | |
| Defendants. | : | |

-------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Affirmation of Gary G. Becker, dated April 23, 2008, the attached exhibits, the Memorandum of Law, and all papers and proceedings heretofore had herein, KEITH CLARK, will move this Court, before the Honorable George B. Daniels, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order granting KEITH CLARK bail and releasing him from pre-trial detention subject to the conditions proposed herein, and for such other relief as this Court deems appropriate.

Dated:  New York, New York
        April 22, 2008

                                      Yours, etc.

                                      GARY G. BECKER, L.L.C.

                                      By: _____
                                      Gary G. Becker
                                      200 West 57th Street, Ste. 900
                                      New York, NY 10019
                                      212-981-1980
                                      Attorney for Keith Clark

TO:  Clerk of the Court
     Avi Weitzman, AUSA