# EXHIBIT A

**Initial Report Of Docket Number** June 10, 1992

**Dismissed** July 15, 1992
-- Fug/Jus-Out
   CPL 570.06    Class E Felony NCIC 4902

-- **Court:** New York County Supreme Court  **Case Number:** 5765-92

**Initial Report Of Indictment Number** July 06, 1992
-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
   PL 220.16  Sub 01          Class B     Felony    NCIC 3532

-- Criminal Possession Narcotic Drug-4th Degree
   PL 220.09  Sub 01          Class C     Felony    NCIC 3599

**Convicted Upon Plea Of Guilty** July 06, 1992
-- Attempted Criminal Possession Controlled Substance-3rd Degree
   PL 220.16                  Class C     Felony    NCIC 3599

   **In Full Satisfaction of:**
   -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
      PL 220.16  Sub 01       Class B   Felony   NCIC 3532

   -- Criminal Possession Narcotic Drug-4th Degree
      PL 220.09  Sub 01  Class C  FelonyNCIC 3599

                                                        July 24, 1992
**Sentenced to:** Term: 9 Month(s)  Sentence Date:

**Interim release Status:** Remanded without bail

⬇ **Cycle 4** ⬆

### Arrest/Charge Information
Arrest Date: November 08, 1994 06:00 pm (18:00:00)

**Name:**                KEITH L CLARK
**Date of Birth:**       April 16, 1969

| | |
|---|---|
| **Sex:** | Male |
| **Race:** | Black |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 25 |
| **Address:** | 2999 8TH AVE, NY, NY |
| **Fax Number** | 11699 |
| **Place of Arrest:** | NYCPD 32 |
| **Date of Crime:** | October 26, 1994 |
| **Place of Crime:** | NYCPD 32 |
| **Criminal Justice Tracking No.:** | 18606487R |
| **Arresting Agency:** | NYCPD PCT 032 |
| **Arresting Officer ID:** | 855050 |
| **Arrest Case Number:** | 18840938 |
| **Arrest Number:** | M94107795 |

**Arrest Charges:**

-- Assault 3rd Degree: With Intent To Cause Physical Injury
   PL 120.00 Sub 01    Class A  Misdemeanor Degree 3  NCIC 1399

## Court Case Information

-- **Court:** New York County Criminal Court  **Case Number:** 94N087611

   **Arraigned** November 09, 1994
   -- Assault 3rd Degree: With Intent To Cause Physical Injury
      PL 120.00 Sub 01    Class A    Misdemeanor    NCIC 1399
   -- Assault 3rd Degree: Recklessly Cause Physical Injury
      PL 120.00 Sub 02    Class A    Misdemeanor    NCIC 1399
   -- Harassment-2nd Degree: Physical Contact
      PL 240.26 Sub 01              Violation      NCIC 7099

   **Initial Report Of Docket Number** November 09, 1994

   **Convicted Upon Plea Of Guilty** April 04, 1995
   -- Attempted Assault 3rd Degree: With Intent To Cause Physical Injury
      PL 120.00 Sub 01    Class B    Misdemeanor    NCIC 1399    *zero*

      **In Full Satisfaction of:**
      -- Assault 3rd Degree: With Intent To Cause Physical Injury
         PL 120.00 Sub 01   Class A  Misdemeanor NCIC 1399

      -- Assault 3rd Degree: Recklessly Cause Physical Injury

epository Inquiry for NYSID No: 5711497K on 05/15/...       https://159.181.56.3/cgi/extranet/webinq/fortecgi?servi...

PL 120.00 Sub 02   Class A Misdemeanor  NCIC 1399

-- Harassment-2nd Degree: Physical Contact
PL 240.26 Sub 01     Violation  NCIC 7099

Sentenced to: Conditional discharge   Sentence Date: April 04, 1995

Order of Protection

**Interim release Status:** Posted Bail

### ⬇ Cycle 5 ⬆
\* Cycle may not be supported by fingerprints

**No Arrest Reported**

**Court Case Information**
-- **Court:** Bronx County Criminal Court   **Case Number:** 97X072798

**Arraigned** December 17, 1997
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
VTL 0511 Sub 03              Class E      Felony         NCIC 5499
-- Motor Vehicle License Violation: No License
VTL 0509 Sub 01                          Infraction      NCIC 5499

**Initial Report Of Docket Number** December 17, 1997

**Convicted Upon Plea Of Guilty** December 22, 1997
-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511 Sub 02           Class U     Misdemeanor      NCIC 5499

**Reduced From:**
--Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
VTL 0511 Sub 03                   Class E      Felony    NCIC 5499

**In Full Satisfaction of:**
-- Motor Vehicle License Violation: No License
VTL 0509 Sub 01     Infraction NCIC 5499

f 15                                                                                          157

Sentenced to: Probation: 3 Year(s)                                    Sentence Date: March

Custody/Fine: 60 Day(s)/$1000 Status: Paid in Full

Bench Warrant Issued    June 17, 1998

Returned On Warrant    July 14, 1998

Bench Warrant Issued    August 13, 1998

Returned On Warrant    October 20, 1998

Bench Warrant Issued    December 23, 1998

Returned On Warrant    January 11, 1999

Bench Warrant Issued    May 17, 1999

Returned On Warrant    May 18, 1999

Bench Warrant Issued    June 14, 1999

Returned On Warrant    July 02, 1999

Interim release Status: Released on own recognizance (ROR)

## ⬇ Cycle 6 ⬆

Arrest/Charge Information
Arrest Date: September 22, 2000 12:21 am (00:21:00)

| | |
|---|---|
| Name: | KEITH L CLARK |
| Date of Birth: | April 16, 1969 |
| Sex: | Male |
| Race: | Black |
| SSN: | 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 |
| Age at time of crime/arrest: | 31 |
| Address: | 2999 8TH AVE, NY, NY |
| Fax Number | 78737 |
| Place of Arrest: | NYCPD 23 |
| Date of Crime: | September 22, 2000 |
| Place of Crime: | NYCPD 23 |
| Criminal Justice Tracking No.: | 55513128J |
| Arresting Agency: | NYCPD PCT 023 |
| Arresting Officer ID: | 917315 |
| Arrest Case Number: | 18830996 |
| Arrest Number: | M00091457 |

Arrest Charges:

-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511  Sub 03        Class E    Felony Degree 1    NCIC 5499

-- Unauthorized Use Vehicle:Without Owner Consent
    PL 165.05  Sub 01    Class A   Misdemeanor Degree 3   NCIC 2411

**Court Case Information**

-- Court: New York County Criminal Court   Case Number: 2000NY088764

Arraigned  September 22, 2000
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511  Sub 03        Class E    Felony        NCIC 5499
-- Unauthorized Use Vehicle:Without Owner Consent
    PL 165.05  Sub 01        Class A    Misdemeanor    NCIC 2411

Initial Report Of Docket Number  September 22, 2000

Transferred To Superior Court  October 02, 2000
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511  Sub 03        Class E    Felony    NCIC 5499
-- Unauthorized Use Vehicle:Without Owner Consent
    PL 165.05  Sub 01    Class A    Misdemeanor    NCIC 2411

-- Court: New York County Supreme Court   Case Number: 06457-2000

Initial Report Of Indictment Number   October 03, 2000
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
  VTL 0511  Sub 03         Class E    Felony         NCIC 5499
-- Unauthorized Use Vehicle:Without Owner Consent
  PL 165.05  Sub 01        Class A    Misdemeanor    NCIC 2411

Convicted Upon Plea Of Guilty   December 08, 2000
-- Unauthorized Use Vehicle:Without Owner Consent
  PL 165.05  Sub 01        Class A    Misdemeanor    NCIC 2411

In Full Satisfaction of:
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
  VTL 0511  Sub 03         Class E    Felony    NCIC 5499

Sentenced to: Probation: 5 Year(s)   Sentence Date: April 06, 2001


Interim release Status: Posted Bail

Incarceration/Supervision Information

**Probation Information**
Name:                         KEITH L CLARK
Sex:                          Male
Race:                         Black
Ethnicity:                    Not Hispanic
Placed on Probation:          April 06, 2001
Max Expiration Date:          April 05, 2006
Supervision Agency:           New York Co Probation Adult Sup-Centralized
                              Inter-Intrastate Unit
Jurisdiction Agency           New York Co Probation Adult Sup-Centralized
                              Inter-Intrastate Unit
Probation Officer ID :        MARCHIVE
Probation Registration Number: 2422692
Probation Case Number:        NS0008742
Probation Discharge Date:     April 10, 2006
Discharge Type:               Maximum Expiration

## ⬇ Cycle 7 ⬆

**No Arrest Reported**

**No Court Reported Information**

**Incarceration/Supervision Information**

    **Probation Information**

| | |
|---|---|
| Name: | KEITH L CLARK |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Placed on Probation: | June 08, 2001 |
| Max Expiration Date: | June 07, 2003 |
| Supervision Agency: | New York Co Probation Adult Sup-Centralized Inter-Intrastate Unit |
| Jurisdiction Agency | New York Co Probation Adult Sup-Centralized Inter-Intrastate Unit |
| Probation Officer ID : | NC099 |
| Probation Registration Number: | 2456760 |
| Probation Case Number: | NC0101955 |
| Probation Discharge Date: | June 10, 2003 |
| Discharge Type: | Maximum Expiration |

## ⬇ Cycle 8 ⬆

**Arrest/Charge Information**
Arrest Date: December 30, 2004 06:27 pm (18:27:00)

| | |
|---|---|
| Name: | KEITH L CLARK |
| Date of Birth: | April 16, 1969 |
| Sex: | Male |
| Race: | Black |
| SSN: | 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 |
| Age at time of crime/arrest: | 35 |
| Address: | 2999 8 AVENUE, MANHATTAN, NY |
| Fax Number | 65270 |
| Place of Arrest: | NYCPD 52 |
| Date of Crime: | December 30, 2004 |
| Place of Crime: | NYCPD 52 |
| Criminal Justice Tracking No.: | 57280938J |

**Arresting Agency:** NYCPD PCT 052
**Arresting Officer ID:** 933809
**Arrest Case Number:** 00000000
**Arrest Number:** B04679072
**Arrest Charges:**

- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03   Counts: 10   Class A   Misdemeanor Degree 7   NCIC 3599

- Resisting Arrest
  PL 205.30     Class A   Misdemeanor Degree 0   NCIC 4801

- Obstruct Governmental Administration-2nd Degree
  PL 195.05     Class A   Misdemeanor Degree 2   NCIC 5099

- Disorderly Conduct:Fight/Violent Behavior
  PL 240.20 Sub 01     Violation Degree 0   NCIC 5311

## Court Case Information

-- Court: Bronx County Criminal Court   Case Number: 2004BX067194

**Arraigned** December 31, 2004
- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03           Class A   Misdemeanor   NCIC 3599
- Obstruct Governmental Administration-2nd Degree
  PL 195.05           Class A   Misdemeanor   NCIC 5099
- Disorderly Conduct:Fight/Violent Behavior
  PL 240.20 Sub 01         Violation   NCIC 5311

**Initial Report Of Docket Number**   December 31, 2004

**Convicted Upon Plea Of Guilty**   December 31, 2004
-- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03         Class A   Misdemeanor   NCIC 3599

   **In Full Satisfaction of:**
   -- Obstruct Governmental Administration-2nd Degree
      PL 195.05   Class A   Misdemeanor   NCIC 5099

   -- Disorderly Conduct:Fight/Violent Behavior
      PL 240.20 Sub 01   ViolationNCIC 5311

Sentenced to: Term: 5 Day(s)        Sentence Date: December 31, 2004   *adjournment to Cashier's part sentence imposed*

License Suspended 6 Month(s)

**Not Arraigned** December 31, 2004
-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03    Counts: 9    Class A    Misdemeanor    NCIC 3599
-- Resisting Arrest
   PL 205.30    Class A Misdemeanor NCIC 4801

**Interim release Status:** Released on own recognizance (ROR)

### ● Other History Related Information
There is no Other History Related Information associated with this history.

### ● Job/License Information
There is no Job/License Information associated with this history.

### ● Wanted Information
There is no NYS Wanted Information associated with this history.

### ● Missing Person Information
There is no NYS Missing Person Information associated with this history.

### ● Additional Information

**Caution:** Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number: 293950JA2

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Federal NCIC, III and/or FBI Response**

163



### Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

- NCIC - Person Files
- NCIC - Protection Order File
- III Record Request

---

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.** All information presented herein is as complete as the data furnished to DCJS.