# EXHIBIT B

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                        CERTIFICATE OF DISPOSITION
                                              NUMBER:   58680
THE PEOPLE OF THE STATE OF NEW  YORK
                VS
```

| | |
|---|---|
| CLARK, KEITH | 04/16/1969 |
| Defendant | Date of Birth |
| 2999 8TH AVE #20B | 5711497K |
| Address | NYSID Number |
| NEW YORK           NY | 05/07/1988 |
| City          State    Zip | Date of Arrest/Issue |

Docket Number: 8N052916            Summons No:

120.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 06/20/1989 | PLED GUILTY & SENTENCE IMPOSED PG 240.20 $250/15D | GROSS,M | AP3 |
| 10/16/1989 | EXECUTION OF SENTENCE PAID | GROSS,M | AP3 |

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
MONTAGUE,G                                 01/17/2008
COURT OFFICIAL SIGNATURE AND SEAL            DATE         FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



SEALED AFTER CONVICTION
Pursuant to Section 160.55 of the CPL