# EXHIBIT C

```
AH02                          CRIMS APPEARANCE HISTORY              02/21/2008
COUNTY: BRONX                     APPEARANCE DATES                     7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH                                  DOCKET: 97X072798
CCN:                    NYSID #:           K       ARREST #: B97076451

  02/18/1998 (SEN)    AP2         JDG:WEBBER,T      RPTR:OLIVER,T   SEN   C
        PC

  12/22/1997 (SEN)    AP2         JDG:WEBBER,T      RPTR:BURNHAM,D  SEN   PGI&S
        PLED TO:VTL 511.2    ROR

  12/17/1997 (OPEN)   APAR1       JDG:ADLER,H       RPTR:CURTIN,E   ARR:PA  C
        $2,500/$2,500(N)


                                              PF7/PF8 TO VIEW MORE APPEARANCES
COMMAND:       MESSAGE: LAST PAGE, CANNOT SCROLL FORWARD
```

```
AH02                              CRIMS APPEARANCE HISTORY                    02/21/2008
COUNTY: BRONX                         APPEARANCE DATES                        7326
```

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH                                    DOCKET: 97X072798          *warrant ordered*
CCN:                    NYSID #:  [redacted]  *      ARREST #: B97076451

06/17/1998 (FINE)  AP2        JDG:RACITI,R      RPTR:RODRIGUEZ,M   NT  (WO,AP2)
    FINE:$1,000 ADJ

05/20/1998 (FINE)  AP2        JDG:WEBBER,T      RPTR:OLIVER,T   NT  CP
    PC  FINE: PP $175    SURCH:$25 PAID $25

03/18/1998 (SEN)   AP2        JDG:TORRES,R      RPTR:ARCHIE,A   SEN  SI
    $I=60D,PROB=3Y    PC  FINE:$1,000 ADJ   SURCH:$25 ADJ

03/02/1998 (SEN)   AP2        JDG:WEBBER,T      RPTR:MYRICK,A   SEN  C
    PC


COMMAND:       MESSAGE:                          PF7/PF8 TO VIEW MORE APPEARANCES

```
AH02                        CRIMS APPEARANCE HISTORY                    02/21/2008
COUNTY: BRONX                    APPEARANCE DATES

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
  CCN:                  NYSID #: ████████        DOCKET: 97X072798
                                                 ARREST #: B97076451

  11/19/1998 (FINE)  AP2        JDG:RACITI,R     RPTR:PHILLIPS,  NT  CP
      PC   FINE: PP $100                                                    ← return on
                                                                              warrant
  10/20/1998 (FINE)  AP2        JDG:RACITI,R     RPTR:WILLIAMSON, (ROW) NT
      CP   ROR  FINE: PP $90                                           warrant
                                                                        ordered
  08/13/1998 (FINE)  AP2        JDG:RACITI,R     RPTR:KITT,C   NT (WO,AP2)
      FINE:$1,000 ADJ

  07/14/1998 (FINE)  AP2        JDG:GREENBERG,E  RPTR:RIVER,/ARCHIE, (ROW) NT
      CP   ROR  FINE: PP $100


  COMMAND:     MESSAGE:                     PF7/PF8 TO VIEW MORE APPEARANCES
```

```
AH02                       CRIMS APPEARANCE HISTORY                   02/21/2008
COUNTY: BRONX                  APPEARANCE DATES                          7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH                              DOCKET: 97X072798
CCN:                   NYSID #: ████████ -K    ARREST #: B97076451

  02/18/1999 (FINE)  AP2      JDG:TALLMER,M    RPTR:BURNHAM,   NT  CP
       PC  FINE:$1,000 ADJ

  01/25/1999 (FINE)  AP2      JDG:WALKER,E     RPTR:GARZON,    NT  CP
       PC  FINE: PP $50

  01/11/1999 (FINE)  AP2      JDG:BARONE,J     RPTR:JAMES,V  (ROW) NT  CP
       ROR FINE: PP $235

  12/23/1998 (FINE)  AP2      JDG:WALKER,E     RPTR:NASSER,C   NT  (PRWO,AP2)
       FINE:$1,000 ADJ
```

*(handwritten annotation: "parole revoked / warrant ordered")*

```
                                        PF7/PF8 TO VIEW MORE APPEARANCES

  COMMAND:        MESSAGE:
```

```
AH02                         CRIMS APPEARANCE HISTORY                  02/21/2008
COUNTY: BRONX                    APPEARANCE DATES                         7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH                                DOCKET: 97X072798
CCN:                    NYSID #: ███████         ARREST #: B97076451

  05/18/1999 (FINE)  AP2      JDG:WALKER,E       RPTR:NASSER,  ROW  NT  CP
     ROR   FINE: PP $35

  05/17/1999 (FINE)  AP2      JDG:WALKER,E       RPTR:NASSER,  NT  PRWO AP2
       FINE:$1,000 ADJ

  04/19/1999 (FINE)  AP2      JDG:GREENBERG,E    RPTR:ROBINSON,  NT  CP
     PC    FINE: PP $25

  03/22/1999 (FINE)  AP2      JDG:GREENBERG,E    RPTR:BUCKLEY,E  NT  CP
     PC    FINE: PP $40


                                                 PF7/PF8 TO VIEW MORE APPEARANCES
  COMMAND:      MESSAGE:
```

*[handwritten annotation: "parole rev with no warrant tracker"]*

```
AH02                          CRIMS APPEARANCE HISTORY                02/21/2008
COUNTY: BRONX                    APPEARANCE DATES                     7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
  CCN:                                              DOCKET: 97X072798
                       NYSID #: 5█████████          ARREST #: B97076451

  04/11/2001 (VOP)   AP2       JDG:LIEB,J           RPTR:ROBINSON,T  VOP
     PROB T-WC

  02/28/2001 (VOP)   AP2       JDG:LIEB,J           RPTR:ROBINSON,T  VC  C
     ROR

  07/02/1999 (FINE)  AP2       JDG:KIESEL,D         RPTR:WINKLER,L  (ROW) NT
     EXS FINE: PAID

  06/14/1999 (FINE)  AP2       JDG:PADRO,E          RPTR:JAMES,V  NT  PRWO,AP2
     FINE:$1,000 ADJ


  COMMAND:         MESSAGE:              PF7/PF8 TO VIEW MORE APPEARANCES
```

*[handwritten annotation: "parole revoked / warrant ordered"]*