# EXHIBIT D

CRIMINAL DIVISION
BRONX SUPREME COURT
215 EAST 161 ST
BRONX, NEW YORK  10451

03/25/08
In re 97x072798
deft Keith Clark

Terri Rosenblatt, Esq.
c/o Office of Gary Becker

Dear Ms. Rosenblatt :

This note confirms that the Bronx Criminal Division attempted to retrieve docket # 97X072798, deft Keith Clerk, from our archival facility ; unfortunately, the court file could not be located at the archives.

I trust that this information satisfactory.

Sincerely,

William M. Kalish
Deputy Chief Clerk
Bronx Criminal division
718 590-8866