EXHIBIT B

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  58680

THE PEOPLE OF THE STATE OF NEW  YORK
                         VS

CLARK,KEITH
Defendant

04/16/1969
Date of Birth

2999 8TH AVE #20B
Address

5711497K
NYSID Number

NEW YORK                 NY
City            State   Zip

05/07/1988
Date of Arrest/Issue

Docket Number: 8N052916

Summons No:

120.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 06/20/1989 | PLED GUILTY & SENTENCE IMPOSED PG 240.20 $250/15D | GROSS,M | AP3 |
| 10/16/1989 | EXECUTION OF SENTENCE PAID | GROSS,M | AP3 |

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

MONTAGUE,G
COURT OFFICIAL SIGNATURE AND SEAL

01/17/2008
DATE      FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

