# EXHIBIT C

```
AH02                            CRIMS APPEARANCE HISTORY                02/21/2008
COUNTY: BRONX                     APPEARANCE DATES                      7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
CCN:                     NYSID #: ░░░░░░ K      DOCKET: 97X072798
                                               ARREST #: B97076451

  02/18/1998 (SEN)    AP2          JDG:WEBBER,T      RPTR:OLIVER,T  SEN  C
        PC

  12/22/1997 (SEN)    AP2          JDG:WEBBER,T      RPTR:BURNHAM,D  SEN  PGI&S
        PLED TO:VTL 511.2    ROR

  12/17/1997 (OPEN)   APAR1        JDG:ADLER,H       RPTR:CURTIN,E  ARR:PA  C
        $2,500/$2,500(N)




                                        PF7/PF8 TO VIEW MORE APPEARANCES
  COMMAND:        MESSAGE: LAST PAGE, CANNOT SCROLL FORWARD
```

```
AH02                       CRIMS APPEARANCE HISTORY              02/21/2008
COUNTY: BRONX                 APPEARANCE DATES                      7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH                                          warrant
  CCN:                   NYSID #:▒▒▒▒▒▒ **    DOCKET: 97X072798   ordered
                                              ARREST #: B97076451

  06/17/1998 (FINE)  AP2        JDG:RACITI,R      RPTR:RODRIGUEZ,M  NT  WO,AP2
     FINE:$1,000 ADJ

  05/20/1998 (FINE)  AP2        JDG:WEBBER,T      RPTR:OLIVER,T   NT  CP
       PC  FINE: PP $175    SURCH:$25 PAID $25

  03/18/1998 (SEN)   AP2        JDG:TORRES,R      RPTR:ARCHIE,A   SEN  SI
       $I=60D,PROB=3Y    PC  FINE:$1,000 ADJ  SURCH:$25 ADJ

  03/02/1998 (SEN)   AP2        JDG:WEBBER,T      RPTR:MYRICK,A   SEN  C
       PC



COMMAND:     MESSAGE:              PF7/PF8 TO VIEW MORE APPEARANCES
```

AH02
COUNTY: BRONX

CRIMS APPEARANCE HISTORY
APPEARANCE DATES

. 02/21/2008

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
CCN:                          NYSID #:                    DOCKET: 97X072798
                                                          ARREST #: B97076451

11/19/1998 (FINE) AP2           JDG:RACITI,R      RPTR:PHILLIPS,  NT  CP
     PC  FINE: PP $100

10/20/1998 (FINE) AP2           JDG:RACITI,R      RPTR:WILLIAMSON,  (ROW)  NT
     CP  ROR  FINE: PP $90

08/13/1998 (FINE) AP2           JDG:RACITI,R      RPTR:KITT,C  NT  (WO,AP2)
     FINE:$1,000 ADJ

07/14/1998 (FINE) AP2           JDG:GREENBERG,E  RPTR:RIVER,/ARCHIE,  (ROW)  NT
     CP   ROR  FINE: PP $100


COMMAND:      MESSAGE:              PF7/PF8 TO VIEW MORE APPEARANCES

```
AH02                        CRIMS APPEARANCE HISTORY          02/21/2008
COUNTY: BRONX                   APPEARANCE DATES              7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
  CCN:                    NYSID #: ~~5244185~~  X    DOCKET: 97X072798
                                                    ARREST #: B97076451

  02/18/1999 (FINE)  AP2        JDG:TALLMER,M    RPTR:BURNHAM,   NT  CP
        PC  FINE:$1,000 ADJ

  01/25/1999 (FINE)  AP2        JDG:WALKER,E     RPTR:GARZON,    NT  CP
        PC  FINE: PP $50

  01/11/1999 (FINE)  AP2        JDG:BARONE,J     RPTR:JAMES,V  (ROW)  NT  CP
        ROR  FINE: PP $235

  12/23/1998 (FINE)  AP2        JDG:WALKER,E     RPTR:NASSER,C  NT  PRWO,AP2


                            PF7/PF8 TO VIEW MORE APPEARANCES

COMMAND:       MESSAGE:
```

*parole revoked warrant ordered*

```
AH02                          CRIMS APPEARANCE HISTORY              02/21/2008
COUNTY: BRONX                      APPEARANCE DATES                   7326

OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
CCN:                        NYSID #:                 DOCKET: 97X072798
                                                     ARREST #: B97076451

 05/18/1999 (FINE)  AP2        JDG:WALKER,E        RPTR:NASSER,  ROW  NT  CP
      ROR   FINE: PP $35

 05/17/1999 (FINE)  AP2        JDG:WALKER,E        RPTR:NASSER,   NT  PRWO AP2
      FINE:$1,000 ADJ

 04/19/1999 (FINE)  AP2        JDG:GREENBERG,E     RPTR:ROBINSON,   NT  CP
      PC   FINE: PP $25

 03/22/1999 (FINE)  AP2        JDG:GREENBERG,E     RPTR:BUCKLEY,E  NT  CP
      PC   FINE: PP $40




COMMAND:      MESSAGE:            PF7/PF8 TO VIEW MORE APPEARANCES
```

*parole revolution warrant order* (handwritten annotation)

```
AH02                        CRIMS APPEARANCE HISTORY
COUNTY: BRONX                    APPEARANCE DATES                02/21/2008
                                                                   7326
OPTION SELECTED: ALL APPEARANCES
NAME: CLARK,KEITH
CCN:                     NYSID #: 5▓▓▓▓▓▓▓     DOCKET: 97X072798
                                              ARREST #: B97076451

 04/11/2001 (VOP)   AP2        JDG:LIEB,J      RPTR:ROBINSON,T  VOP
    PROB T-WC

 02/28/2001 (VOP)   AP2        JDG:LIEB,J      RPTR:ROBINSON,T  VC_  C
    ROR

 07/02/1999 (FINE)  AP2        JDG:KIESEL,D    RPTR:WINKLER,L   ROW   NT
    EXS FINE: PAID

 06/14/1999 (FINE)  AP2        JDG:PADRO,E     RPTR:JAMES,V  NT  PRWO,AP2
    FINE:$1,000 ADJ
```

*parole revoked*
*warrant ordered*

```
COMMAND:      MESSAGE:           PF7/PF8 TO VIEW MORE APPEARANCES
```