UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

            - against -

KEITH CLARK, *ET AL.*,

                    Defendants.

------------------------------------------------------------X

**AFFIRMATION**

07 Cr. 566 (GBD)

GARY G. BECKER, hereby affirms the following under penalty of perjury:

1. I am an attorney duly admitted to practice law before this Court, and I am assigned counsel to defendant Keith Clark. I make this Affirmation in support of the within pre-trial motion of Mr. Clark for an Order setting granting him bail and releasing him from pre-trial detention subject to reasonable conditions.

2. I affirm that the facts alleged in the accompanying Memorandum of Law are true and correct to the best of counsel's knowledge and that the exhibits attached hereto are true and accurate copies.

Dated: New York, New York
       April 23, 2008

                                                            GARY G. BECKER