LAW OFFICES OF
GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE (212) 214-0901
ggbeckerlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 1 7 2008

September 11, 2008

**BY FACSIMILE**

Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

**SO ORDERED**
The sentencing is adjourned to October 15, 2008 at 10:00 a.m.

*George B Daniels*

HON. GEORGE B. DANIELS

Re: **United States v. David Wilkins, et al. (Keith Clark)**
    **07 Cr. 566 (GBD)**

Dear Judge Daniels:

With the consent of the government, this letter is respectfully submitted on behalf of Keith Clark to request an adjournment of his sentencing date, currently scheduled for September 18, 2008, until a date convenient to the Court on or after October 15, 2008. This request is made to afford me the additional time needed to review the Presentence Report with Mr. Clark, and otherwise prepare for sentencing.

I thank the Court for its consideration.

Respectfully submitted,

Gary G. Becker

cc: Avi Weitzman, AUSA
    Robert Flemen, United States Probation Officer